IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA**,  )
)
        Plaintiff,  )    Criminal Case No. 3:10-CR-00430-KI
)
vs.  )
)    ORDER EXTENDING SURRENDER
**JONATHAN D. KENDIG**,  )    DATE
)
        Defendant.  )

S. Amanda Marshall
United States Attorney
District of Oregon
Scott Erik Asphaug
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

    Attorneys for Plaintiff

Robert C. Weaver, Jr.
Garvey Schubert Barer
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141

    Attorney for Defendant

KING, Judge:

The defendant's letter request to extend his voluntary surrender date is GRANTED. Defendant shall surrender for service of his sentence before **2:00 p.m.** on **June 18, 2012**, at the institution designated by the Bureau of Prisons. All other aspects of the original judgment remain in full force and effect.

IT IS SO ORDERED.

Dated this ___14th___ day of February, 2012.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge